O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8066 AHM (FFMx) | Date | February 4, 2011 |
|---|---|---|---|
| Title | SOWELL AUTOMOTIVE, INC. v. CHRYSLER GROUP, LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Plaintiff's counsel Michael M. Sieving, and Defendant's counsel Christopher P. Montville, are hereby ORDERED TO SHOW CAUSE separately, and by not later than 9:00 AM on Monday, February 7, 2011, why they should not be sanctioned $250.00 each for failing to notify the Court of related case *Los Feliz Ford, Inc. v. Chrysler Group, LLC*, CV 10-6077 GAF (MANx).

The complaint in *Los Feliz Ford* was filed on August 16, 2010 before Judge S. James Otero.  On August 27, 2010, the case was reassigned, pursuant to General Order 08-05, to Judge Garry A. Fees.

The *Sowell Automotive* complaint was filed before this Court on October 26, 2010. This Court currently has before it Defendant's "Motion to Dismiss or Stay Action in Favor of Related Action in the Eastern District of Michigan, or in the alternative, to Transfer to the Eastern District of Michigan," filed on December 22, 2010. (Dkt. 19).

On December 8, 2010, Judge Fees denied a nearly identical motion to transfer the case to the Eastern District of Michigan in the *Los Feliz Ford* case.  (Dkt. 36).  Judge Fees also currently has before him a Motion to Stay the Case pending the resolution of a related case in the Eastern District of Michigan.  (Dkt. 42).  That motion was filed on January 14, 2011.

//
//
//
//

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8066 AHM (FFMx) | Date | February 4, 2011 |
|---|---|---|---|
| Title | SOWELL AUTOMOTIVE, INC. v. CHRYSLER GROUP, LLC | | |

In the same response to this Order to Show Cause, counsel are hereby ORDERED to set forth any reasons why the above-captioned case should not be transferred to Judge Fees pursuant to Local Rule 83-1.3.1.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |